**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VALPAK DIRECT MARKETING**
**SYSTEMS, INC., a Delaware corporation,**

    **Plaintiff,**

v.                                                  **Case No.: 8:06-CV-924-T-30EAJ**

**DAVIDSON HOLDINGS, INC., a Missouri**
**corporation, DANIEL E. DAVIDSON, an**
**individual, and HEIDI S. DAVIDSON, an**
**individual,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

On December 11, 2006, this court ordered Defendant Davidson Holdings, Inc. to show cause within ten days why its pleadings should not be stricken from the record and Plaintiff allowed to proceed to default judgment against the corporation due to the corporation's failure to retain new counsel in accordance with the court's November 13, 2006 order. Defendant Daniel E. Davidson ("Daniel Davidson") has responded to the court's show cause order in a letter dated December 21, 2006 (Dkt. 36). Daniel Davidson states that due to financial circumstances Defendants are unable to afford new counsel, but does not believe that default judgment is warranted. While the court understands Defendants' plight, it is a well-settled rule that corporations cannot proceed pro se. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986).

Because a corporation is an artificial entity it cannot appear pro se, even if "the person seeking to represent the corporation is its president and major stockholder." Id. Furthermore, Local Rule 2.03(e), M.D. Fla., requires corporations to be represented by counsel.

Accordingly and upon consideration, it is **RECOMMENDED** that:

(1)   Defendant Davidson Holdings, Inc.'s pleadings be stricken from the record and Plaintiff allowed to proceed to default judgment against the corporation.

**January 4, 2007.**

                                              _____
                                              ELIZABETH A JENKINS
                                              United States Magistrate Judge

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal.  28 U.S.C. § 636(b)(1).

Copies to:
Defendants
District Court Judge