**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

VALPAK DIRECT MARKETING
SYSTEMS, INC.,

    Plaintiff(s),

v.                                           Case No: 8:06-CV-924-T-30EAJ

DAVIDSON HOLDINGS, INC., et al.,

    Defendant(s).
_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth Jenkins (Dkt. #48). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #48) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Sanctions (Dkt. #40) is GRANTED.

3. Defendants DANIEL E. DAVIDSON and HEIDI S. DAVIDSON's pleadings are STRICKEN from the record and Plaintiff shall be allowed to proceed to default judgment against them.

**DONE** and **ORDERED** in Tampa, Florida on April 24, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Even\2006\06-cv-924.r&r 48.wpd